[No. 4574-1.  Division One.  February 26, 1979.]

JOHN ERHARDT, *Appellant*, v. WEYERHAEUSER
COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 131126, Phillip G. Sheridan, J.,
entered March 1, 1976. *Affirmed* by unpublished opinion

per Andersen, A.C.J., concurred in by Callow, C.J., Dore, J., dissenting.